# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br>Plaintiff,<br>v.<br>CARL'S JR. RESTAURANTS,LLC, a Delaware limited liability company, dba Carl's Jr. #115; SHARON A. HANSEN, JOYCE A. HANSEN, SANDRA G.HAND, JANET L. HANSEN, SARAH A. WILSON, as individuals, and DOES 1-10, inclusive,,<br>Defendants. | Case No.: CV 17-5618-DMG (FFMx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [24]** |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Carl's Jr. Restaurants, LLC, the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees. |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Carl's Jr. Restaurants, LLC, the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 6, 2017

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE